IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHNNIE F. JETER,

    Petitioner,

v.                                     CASE NO.: 5:08cv101-SPM/MD

WALTER A. MCNEIL,

    Respondent.
_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated July 10, 2009 (doc. 19). Petitioner has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 19) is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus (doc. 1) challenging the convictions and sentences in State of Florida v. Johnnie Franklin Jeter, Jr., in the

Circuit Court of Bay County, Florida, case nos. 02-2363, 05-679, and 05-680, is denied.

DONE AND ORDERED this 11th day of August, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge